UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------    x
                                        :

BEAZLEY INSURANCE COMPANY, INC.,    :

                             :     No. 15-cv-5119-JSR

           Plaintiff,          :

                             :

       -against-         :     **[PROPOSED] ORDER**

                             :     **GRANTING THE**

ACE AMERICAN INSURANCE COMPANY,  :     **PARTIES' REQUEST TO**

and ILLINOIS NATIONAL INSURANCE    :     **FILE DOCUMENTS**

COMPANY,                        :     **UNDER SEAL**

                             :

           Defendant.        :

----------------------------------------------------------------    x

## [PROPOSED] ORDER

Upon consideration of the oral representations made by Defendants ACE American Insurance Company and Illinois National Insurance Company and Plaintiff Beazley Insurance Company, Inc. during the telephone conference held with the Court on January 12, 2016, it is hereby

ORDERED that the Parties' request to file the following documents under seal is GRANTED:

1. AONNASDAQ0003351–61

2. BEAZLEY00007056–58

3. BEAZLEY00007583–86

4. BEAZLEY00021707–15

5. BEAZLEY00021756–65

6. Deposition of Carrie Parikh
   a. p. 136
   b. p. 211–212

7. Deposition of Robert Wice
      a.  p. 76

So ORDERED this _16th_ day of ~~January~~, 2016.

_____
Hon. Jed S. Rakoff
United States District Judge